IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AR-RAFFI NICHOLS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 08-cv-391-GPM |
| ROGER E. WALKER, JR., *et al.*, | ) ) ) |
| Defendant. | ) |

# **MEMORANDUM AND ORDER**

**MURPHY, District Judge:**

Plaintiff initially filed this action in the United States District Court for the Northern District of Illinois. Upon a finding that proper venue lay within this District, the action was transferred here electronically on May 29, 2008; paper copies were received on June 3, 2008. Due to a clerical oversight, it appears that two separate actions were opened – one upon receipt of the electronic transfer, *see Nichols v. Walker*, Case No. 08-cv-388-DRH (S.D. Ill., filed May 29, 2008), and the instant case upon receipt of the paper documents.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice as duplicative. The Clerk shall **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

DATED: 07/02/08

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge